

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150

www.foxrothschild.com

Joseph F. Posillico
Direct Dial: (215) 299-2902
Email Address: JPosillico@foxrothschild.com

November 19, 2015

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street, Room MLK 4A
Newark, NJ 07101

Re:   Purdue Pharmaceutical Products L.P., et al. v. Lannett Holdings, Inc., et al.
      <u>Civil Action Number 2:15-cv-06036 (SDW)(LDW)</u>

Dear Judge Wettre:

I represent the Defendants Lannett Holdings, Inc. and Lannett Company, Inc. ("Lannett") in the above referenced matter. I write with the consent of counsel for Plaintiffs, and enclose a copy of a stipulation executed by counsel to extend the time within which Lannett may respond to the Complaint and to memorialize other related agreements. We respectfully request that the Court enter the Stipulation as an Order and have it filed on the docket. We are, of course available if the Court has any questions concerning this submission.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Joseph F. Posillico/*

Joseph F. Posillico

JFP:nmn
Enclosure
cc:   Counsel of Record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
      Illinois   Nevada   New Jersey   New York   Pennsylvania   Texas

**FOX ROTHSCHILD LLP**
Joseph F. Posillico
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
TEL: (215) 299-2000
FAX: (215) 299-2150
*Attorneys for Defendants*

**STEPTOE & JOHNSON LLP**
David L. Hecht
1114 Avenue of the Americas
New York, NY 10036
TEL: (212) 506-3905
FAX: (212) 506-3950
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PURDUE PHARMACEUTICAL PRODUCTS L.P.; PURDUE PHARMA L.P.; and PURDUE PHARMA TECHNOLOGIES INC.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>LANNETT HOLDINGS, INC. and LANNETT COMPANY, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:15-cv-06036-SDW-LDW |

### ORDER ON STIPULATION TO EXTEND TIME TO ANSWER

It is hereby stipulated and agreed by and between the undersigned attorneys for the parties PURDUE PHARMACEUTICAL PRODUCTS L.P.; PURDUE PHARMA L.P.; and PURDUE PHARMA TECHNOLOGIES INC., (collectively, "Plaintiffs") and LANNETT HOLDINGS, INC. and LANNETT COMPANY, INC. (collectively, "Defendants") as follows:

1

1. Plaintiffs served Defendants with the Complaint on August 11, 2015 and the original deadline by which Defendants had to answer, or otherwise respond, with respect to Plaintiffs' Complaint was September 1, 2015;

2. Plaintiffs and Defendants have agreed to extend the time within which Defendants may answer, or otherwise respond, with respect to Plaintiffs' Complaint to and including December 1, 2015;

3. Plaintiffs have satisfied the requirements for institution of the 30-month stay under 21 U.S.C. 355(j)(5)(B)(iii) (hereinafter, "30-month stay") of approval of Defendants' ANDA No. 207108, and in the event that the Complaint is dismissed in this case for lack of jurisdiction or venue, Defendants agree not to challenge institution of the 30-month stay or otherwise assert that the 30-month stay is not, or should not be, in force.

4. Plaintiffs and Defendants agree that should the present action be dismissed, this Court shall retain the authority to enforce, including with appropriate injunctive relief, the present stipulation.

Dated: November 19, 2015

By: */s/ David L. Hecht*
  David L. Hecht
  **STEPTOE & JOHNSON LLP**
  1114 Avenue of the Americas
  New York, NY 10036
  TEL: (212) 506-3905
  FAX: (212) 506-3950
  dhecht@steptoe.com

By: */s/ Joseph F. Posillico*
  Joseph F. Posillico
  **FOX ROTHSCHILD LLP**
  2000 Market St.
  20th Floor
  Philadelphia, PA 19103
  TEL: (215) 299-2000
  FAX: (215) 299-2150
  jposillico@foxrothschild.com

SO ORDERED this ___ day of November, 2015.

_____
Hon. Leda D. Wettre, U.S.M.J.

2