David L. Hecht
212 506 3905
dhecht@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

April 13, 2016

Via ECF

Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room MLK 4A
Newark, NJ 07101

Re:   *Purdue Pharmaceutical Products L.P., et al. v. Lannett Holdings, Inc., et al*. **Civil Action Number 2:15-cv-06036 (SDW)(LDW)**

Dear Judge Wettre:

I represent the Plaintiffs Purdue Pharmaceutical Products L.P.; Purdue Pharma L.P. and Purdue Pharma Technologies Inc., (collectively, "Purdue") in the above referenced matter. I write with the consent of counsel for Defendants, and seek a two week extension of time within which to submit Purdue's infringement contentions. Defendants do not object to the requested extension.

Presently, under the March 8, 2016 Pretrial Scheduling Order, Plaintiffs must serve their infringement contentions pursuant to L. Pat. R. 3.6(g) on or before April 14, 2016. In light of commitments in other cases, we respectfully request a two week extension of time to serve those contentions on April 28.

If that modest extension is agreeable to Your Honor, we would appreciate if Your Honor would execute the below provision, and have this Order entered by the Clerk of the Court.

We thank the Court for its understanding and cooperation in this matter.

Respectfully submitted,

/s/ David L. Hecht

David L. Hecht

Judge Wettre
April 13, 2016
Page 2

SO ORDERED that the above requested two
(2) week extension of time is hereby
GRANTED this ___ day of April, 2016.

_____
**HONORABLE LEDA DUNN WETTRE**
**UNITED STATES MAGISTRATE JUDGE**